IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>LUZ CELESTE OTERO COLON<br><br>DEBTOR | CASE NO. 13-05937 (MCF)<br><br>CHAPTER 13 |

**REPLY TO OBJECTION TO PROOF OF CLAIM**

Comes now secured creditor, BANCO POPULAR DE PUERTO RICO, through the undersigned counsel and respectfully alleges and prays as follows:

1. On December 10, 2013 the Chapter 13 Trustee filed an objection to proof of claim number 4 filed by BANCO POPULAR DE PUERTO RICO, claiming that creditor did not provide evidence of its security interest. See docket 21.

2. On December 11, 2013 creditor amended its proof of claim to provide evidence of the security interest.

WHEREFORE, creditor prays this Honorable Court deny the trustee's objection, for the amended proof of claim provides evidence of the perfection of the security interest.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 11th day of December 2013.

CERTIFICATE OF SERVICE

I hereby certify that on the same date above I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee Alejandro Oliveras Rivera (aorecf@ch13sju.com), and debtor's attorney Roberto Figueroa-Carrasquillo (cmecf@rfclawpr.com). I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: Debtor(s), Luz Celeste Otero Colon, at Villas de Castro, O-11 9 Street, Caguas, PR 00725.

/s/ Juan C. Fortuño Fas
JUAN C. FORTUÑO FAS
USDCPR 211913
FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 9300
SAN JUAN, PR 00908
TEL. 787-751-5290
FAX. 787-751-6155
Email: bkfilings@fortuno-law.com